952

No. 79–6888.  THERIAULT v. CHARLES COLSON PRISON FELLOWSHIP ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 80–20.  SQUIRES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 80–57.  DOUBLE "Q", INC. v. ANDRUS, SECRETARY OF THE INTERIOR.  C. A. 6th Cir.  Certiorari denied.

No. 80–76.  VALDES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 80–135.  STEVENS v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 80–159.  GREEN v. AMERADA HESS CORP.  C. A. 5th Cir.  Certiorari denied.

No. 80–161.  FREEDLANDER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 80–192.  MARTORANO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 80–241.  KABLE PRINTING Co. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 80–246.  COMMUNITY GRAIN, INC. v. COOK INDUSTRIES, INC.  C. A. 5th Cir.  Certiorari denied.

No. 80–280.  CONSOLIDATED OIL & GAS, INC., ET AL. v. KING RESOURCES CO. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 80–281.  OKC CORP. v. WILLIAMS ET AL.  C. A. 5th Cir.  Certiorari denied.